UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00230-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  FREDDY JOE MARTINEZ

     Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, August 1, 2006**, and responses to these motions shall be filed by **Friday, August 11, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Monday, August 21, 2006, at 4:00 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is set to commence **Monday, August 28, 2006**, **at 9:00 a.m.**

     Dated:  June 23, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge